**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE:                                                                    Case No. **3:12-bk-8968**

**VARGAS TIRADO, YADIRA**                                 Chapter **13**
                      Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: **11/08/2012**                    ☐ AMENDED PLAN DATED: _____
☑ PRE  ☐ POST-CONFIRMATION              Filed by: ☐ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ **200.00** x **18** = $ **3,600.00**
$ **400.00** x **42** = $ **16,800.00**
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____

TOTAL: $ **20,400.00**

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:
☐ Sale of Property identified as follows:
_____
_____
☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ **20,400.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,781.00**

Signed: **/s/ YADIRA VARGAS TIRADO**
            Debtor

_____
            Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. **BPPR**                    Cr. _____           Cr. _____
# **7101001830**          # _____                # _____
$ **6,060.00**              $ _____                $ _____
2. ☑ Trustee pays IN FULL Secured Claims:
Cr. **POPULAR AUTO**     Cr. _____           Cr. _____
# **8220010713689**      # _____                # _____
$ **11,000.00**            $ _____                $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____                      Cr. _____           Cr. _____
# _____                         # _____                # _____
$ _____                         $ _____                $ _____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
_____
5. ☐ Other:
_____
6. ☑ Debtor otherwise maintains regular payments directly to:
   **BPPR**
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A:  ☐ Co-debtor Claims / ☐ Other: _____
                 ☐ Paid 100% / ☐ Other: _____
Cr. _____                      Cr. _____           Cr. _____
# _____                         # _____                # _____
$ _____                         $ _____                $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (*Executory contracts; payment of interest to unsecureds, etc.*)
**PAYMENT TO EASTERN AMERICAN INSURANCE COMMENCING ON SEPTEMBER 2011.**

**DEBTOR WILL USE ALL POST PETITION INCOME TAX REFUND TO FUND THE PLAN I ADDITION TO PLAN'S MONTHLY PAYMENTS.**

Attorney for Debtor **LEON LANDRAU LAW OFFICES JOSE A. LEON LANDRAU**     Phone: **(787) 746-7979**

CHAPTER 13 PAYMENT PLAN

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only