IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN THE MATTER OF:

YADIRA VARGAS TIRADO

Debtor

CASE NO.: 12-08968 BKT

CHAPTER 13

## MOTION AMENDING LIST OF CREDITORS

TO THE HONORABLE COURT:

Comes debtor represented by the undersigned attorney and most respectfully exposes and prays:

1. That by an involuntary omission the following creditors were not included in the original List of Creditors:

| CREDITOR | AMOUNT | CHARACTER OF CLAIM |
|---|---|---|
| DTOP<br>PO BOX 41243<br>SAN JUAN PR 00940-1243 | $1,116.65 | ACCOUNT: GLC642<br>TOLL BOOTH |
| DEPARTAMENTO DE HACIENDA<br>PO BOX 9024140<br>SAN JUAN PR 00902 | (NOTICE ONLY) | (NOTICE ONLY) |
| CITIBANK<br>PO BOX 70301<br>SAN JUAN PR 00936-8301 | (NOTICE ONLY) | (NOTICE ONLY) |
| LVNV FUNDING<br>PO BOX 10497<br>GREEN VILLE, SC 29603 | (NOTICE ONLY) | (NOTICE ONLY) |

2. That the List of Creditors is amended and a copy of this motion and Notice of Chapter 13 Bankruptcy Case, Meeting of Creditors, and Deadlines are mail delivered to the creditors above mentioned.

```
Yadira Vargas Tirado
Page 2
MOTION AMENDING LIST OF CREDITORS
```

I, YADIRA VARGAS TIRADO, declare under penalty of perjury that I has read the foregoing schedule and that it is true and correct to the best of my knowledge, information and belief.

/s/ YADIRA VARGAS TIRADO

RESPECTFULLY SUBMITTED.

In Caguas, Puerto Rico this 11th day of December 2012.

I hereby certify that on this same date, I electronically filed the foregoing with the Clerk of the Court using CM/ECF System which will send notification of such filing to the parties registered in the CM/ECF System. All other parties have been notified by the United States Postal mailing service. Departamento de Hacienda, PO Box 9024140, San Juan, PR 00902.

/S/ JOSE A. LEON LANDRAU

JOSE A. LEON LANDRAU (131506)
Attorney for Debtor
PO Box 1687
Caguas, Puerto Rico 00726
(787) 746-7979

B6F (Official Form 6F) (12/07)

IN RE VARGAS TIRADO, YADIRA _____ Case No. 3:12-bk-8968
　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **7508** <br> **AT&T** <br> **PO BOX 15067** <br> **SAN JUAN, PR 00902-8567** | | | **TELECOMMUNICATION** | | | | 80.00 |
| ACCOUNT NO. **1912** <br> **CLARO** <br> **PRTELEPHONE COMPANY** <br> **PO BOX 70366** <br> **SAN JUAN, PR 00919-1225** | | | **TELECOMMUNATION** | | | | 296.00 |
| ACCOUNT NO. **1232** <br> **CLARO** <br> **PRTELEPHONE COMPANY** <br> **PO BOX 70366** <br> **SAN JUAN, PR 00919-1225** | | | **TELECOMMUNICATION** | | | | 296.00 |
| ACCOUNT NO. **C642** <br> **DTOP** <br> **PO BOX 41243** <br> **SAN JUAN, PR 00940-1243** | | | **TOLL BOOTH** | | | | 1,116.65 |

__1__ continuation sheets attached

Subtotal (Total of this page) $ 1,788.65

Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

IN RE VARGAS TIRADO, YADIRA
Debtor(s)

Case No. **3:12-bk-8968**
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>HACIENDA<br>DEPARTAMENTO DE HACIENDA<br>PO BOX 9024140<br>SAN JUAN, PR 00902-0000 | | | Assignee or other notification for:<br>DTOP | | | | |
| ACCOUNT NO. 7601<br>FIRST PREMIER BANK<br>PO BOX 5519<br>SIOUX FALLS, SD 57117-5549 | | | CREDIT CARD | | | | 536.00 |
| ACCOUNT NO. 6531<br>SEARS<br>PO BOX 70148<br>SAN JUAN, PR 00936-8148 | | | CREDIT CARD | | | | 3,036.00 |
| ACCOUNT NO.<br>CITIBANK<br>PO BOX 70301<br>SAN JUAN, PR 00936-8301 | | | Assignee or other notification for:<br>SEARS | | | | |
| ACCOUNT NO.<br>LVNV FUNDING<br>PO BOX 10497<br>GREENVILLE, SC 29603 | | | Assignee or other notification for:<br>SEARS | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. **1** of **1** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **3,572.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ **5,360.65**

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

VARGAS TIRADO, YADIRA
HC 43 BOX 12141
CAYEY, PR 00736

POPULAR AUTO
BANKRUPTCY DEPARTMENT
PO BOX 366818
SAN JUAN, PR 00936

LEON LANDRAU LAW OFFICES
JOSE A. LEON LANDRAU
PO BOX 1687
CAGUAS, PR 00726

SEARS
PO BOX 70148
SAN JUAN, PR 00936-8148

AT&T
PO BOX 15067
SAN JUAN, PR 00902-8567

BPPR
PO BOX 362708
SAN JUAN, PR 00936-2708

CITIBANK
PO BOX 70301
SAN JUAN, PR 00936-8301

CLARO
PRTELEPHONE COMPANY
PO BOX 70366
SAN JUAN, PR 00919-1225

DTOP
PO BOX 41243
SAN JUAN, PR 00940-1243

FIRST PREMIER BANK
PO BOX 5519
SIOUX FALLS, SD 57117-5549

HACIENDA
DEPARTAMENTO DE HACIENDA
PO BOX 9024140
SAN JUAN, PR 00902-0000

LVNV FUNDING
PO BOX 10497
GREENVILLE, SC 29603

IN RE VARGAS TIRADO, YADIRA                                     Case No. 3:12-bk-8968
                    Debtor(s)                                                      (If known)

## AMENDED DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ____15____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **December 11, 2012**            Signature: **/s/ YADIRA TIRADO**
                                                  **YADIRA VARGAS TIRADO**                                    Debtor

Date: _____           Signature: _____
                                                                                       (Joint Debtor, if any)
                                                  [If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer           Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

Address

Signature of Bankruptcy Petition Preparer                                           Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____           Signature: _____
                                                                     (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.