**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE:                                                                                     Case No. **3:12-bk-8968**

**VARGAS TIRADO, YADIRA**                                                                  Chapter **13**
                       Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____     ☑ AMENDED PLAN DATED: **3/21/2013**
☐ PRE ☐ POST-CONFIRMATION                Filed by: ☑ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ **200.00** x **18** = $ **3,600.00**
$ **446.00** x **42** = $ **18,732.00**
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____

TOTAL: $ **22,332.00**

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:
☐ Sale of Property identified as follows:
_____
_____
_____

☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ **22,332.00**

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR _____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. **BPPR**          Cr. **BPPR**          Cr. _____
# **071010018305717**  # **071010018305717**  # _____
$ **2,609.50**        $ **7,131.56**        $ _____
2. ☐ Trustee pays IN FULL Secured Claims:
Cr. _____           Cr. _____           Cr. _____
# _____             # _____             # _____
$ _____             $ _____             $ _____
3. ☑ Trustee pays VALUE OF COLLATERAL:
Cr. **POPULAR AUTO**  Cr. _____           Cr. _____
# **8220010713689**   # _____             # _____
$ **5,450.00**        $ _____             $ _____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
_____

5. ☐ Other:
_____

6. ☑ Debtor otherwise maintains regular payments directly to:
**BPPR**            **BPPR**

C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
               ☐ Paid 100% / ☐ Other: _____
Cr. _____           Cr. _____           Cr. _____
# _____             # _____             # _____
$ _____             $ _____             $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,781.00**

OTHER PROVISIONS: (Executory contracts; payment of interest to unsecureds, etc.)
**PAYMENT TO EASTERN AMERICAN INSURANCE COMMENCING ON SEPTEMBER 2011.**

**DEBTOR WILL USE ALL POST PETITION INCOME TAX REFUND TO FUND THE PLAN I ADDITION TO PLAN'S MONTHLY PAYMENTS.**

Signed: **/s/ YADIRA VARGAS TIRADO**
        Debtor

_____
Joint Debtor

Attorney for Debtor **LEON LANDRAU LAW OFFICES JOSE A. LEON LANDRAU**   Phone: **(787) 746-7979**

CHAPTER 13 PAYMENT PLAN