United States Bankruptcy Court
District of Puerto Rico

IN RE:  
VARGAS TIRADO, YADIRA  
Debtor(s)

Case No. **3:12-bk-8968**  
Chapter **13**

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____  
☐ PRE ☐ POST-CONFIRMATION

☑ AMENDED PLAN DATED: **3/21/2013**  
Filed by: ☑ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ **200.00** x **18** = $ **3,600.00**  
$ **446.00** x **42** = $ **18,732.00**  
$ ___ x ___ = $ ___  
$ ___ x ___ = $ ___  
$ ___ x ___ = $ ___

TOTAL: $ **22,332.00**

Additional Payments:  
$ ___ to be paid as a LUMP SUM within ___ with proceeds to come from:

☐ Sale of Property identified as follows:  
_____

☐ Other:  
_____

Periodic Payments to be made other than, and in addition to the above:  
$ ___ x ___ = $ ___

PROPOSED BASE: $ **22,332.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,781.00**

Signed: **/s/ YADIRA VARGAS TIRADO**  
Debtor

_____  
Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ___ $ ___  
B. SECURED CLAIMS:  
☐ Debtor represents no secured claims.  
☑ Creditors having secured claims will retain their liens and shall be paid as follows:  
1. ☑ Trustee pays secured ARREARS:  
Cr. **BPPR**         Cr. **BPPR**         Cr. ___  
# **071010018305717**   # **071010018305717**   # ___  
$ Post pet **2,609.50**  $ Pre pet **7,131.56**  $ ___  
2. ☐ Trustee pays IN FULL Secured Claims:  
Cr. ___  Cr. ___  Cr. ___  
# ___   # ___   # ___  
$ ___   $ ___   $ ___  
3. ☑ Trustee pays VALUE OF COLLATERAL:  
Cr. **POPULAR AUTO**  Cr. ___  Cr. ___  
# **8220010713689**    # ___    # ___  
$ **4,450.00**         $ ___    $ ___  
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:  
_____  
5. ☐ Other: _____  
6. ☑ Debtor otherwise maintains regular payments directly to:  
**BPPR**              **BPPR**

C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)  
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.  
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: ___  
☐ Paid 100% / ☐ Other: ___  
Cr. ___  Cr. ___  Cr. ___  
# ___   # ___   # ___  
$ ___   $ ___   $ ___  
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (*Executory contracts; payment of interest to unsecureds, etc.*)  
**PAYMENT TO EASTERN AMERICAN INSURANCE COMMENCING ON SEPTEMBER 2011.**

**DEBTOR WILL USE ALL POST PETITION INCOME TAX REFUND TO FUND THE PLAN I ADDITION TO PLAN'S MONTHLY PAYMENTS.**

Attorney for Debtor **LEON LANDRAU LAW OFFICES JOSE A. LEON LANDRAU**    Phone: **(787) 746-7979**

CHAPTER 13 PAYMENT PLAN